# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MESSAGING GATEWAY SOLUTIONS LLC, § § § § | |
| Plaintiff, § § | CIVIL ACTION NO. 14-737-RGA |
| v. § § | **JURY TRIAL DEMANDED** |
| VIBES MEDIA LLC, § § § | |
| Defendant. § § | |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties have reached an agreement in principle that would resolve all claims asserted against the above-named Defendant in this case and are in the process of finalizing a settlement agreement. This is the last case that Plaintiff Messaging Gateway Solutions LLC ("MGS") has in this court involving U.S. Patent No. 8,750,183. The Parties note that a hearing on claim construction is scheduled for Thursday, February 11, 2016. Given that there are no remaining defendants in the suits filed by MGS involving U.S. Patent No. 8,750,183, the parties believe that this hearing is unnecessary.

Accordingly, the Parties respectfully request, subject to the Court's approval: (1) a 30-day stay of all deadlines in the above-captioned matter, and (2) removal of the claim construction hearing from the Court's calendar.


Dated:  February 8, 2016

 /s/ Timothy Devlin
Timothy Devlin (I.D. #4241)
DEVLIN LAW FIRM LLC
1306 N. Broom Street, Suite 1
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

Barry J. Bumgardner (Pro Hac Vice)
barry@nelbum.com
Texas State Bar No. 00793424
Brent N. Bumgardner (Pro Hac Vice)
brent@nelbum.com
Texas State Bar No. 00795272
Anthony M. Vecchione (Pro Hac Vice)
anthony@nelbum.com
Texas State Bar No. 24061270
John P. Murphy (Pro Hac Vice)
murphy@nelbum.com
Texas State Bar No. 24056024
NELSON BUMGARDNER, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

***ATTORNEYS FOR PLAINTIFF***
***MESSAGING GATEWAY SOLUTIONS LLC***

 /s/ Kenneth L. Dorsney
Kenneth L. Dorsney (I.D. #3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
kdorsney@morrisjames.com

Edward L. Bishop (admitted *pro hac*)
Nicholas S. Lee (admitted *pro hac*)
Neil A. Benchell (admitted *pro hac*)
BISHOP DIEHL & LEE, LTD.
1750 East Golf Road, Suite 350
Schaumburg, IL 60173
(847) 969-9123

***ATTORNEYS FOR DEFENDANT***
***VIBES MEDIA LLC***